AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

NATIONAL AVIATION ACADEMY )
)
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 8:16-cv-494-T-17 TBM
TRAINING SERVICES, INC., d/b/a AVIATION )
INSTITUTE OF MAINTENANCE, MICHAEL )
BUSJAHN, NATHANIEL WADE and JAMES CLARY )
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRAINING SERVICES, INC., d/b/a AVIATION INSTITUTE OF MAINTENANCE
REGISTERED AGENT GERALD YAGEN
4455 SOUTH BLVD. SUITE 400
VIRGINIA BEACH, VA 23452-0000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

S. Gordon Hill
Hill, Ward & Henderson, P.A.
101 East Kennedy Blvd., Suite 3700
P.O. Box 2231
Tampa, Florida 33601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/02/2016

_____
*Signature of Clerk or Deputy Clerk*